1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TONY LAMAR CARD, | CASE NO. 3:24-cv-05814-DGE |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| PIERCE COUNTY SHERIFFS DEPARTMENT, | |
| Defendant. | |

This matter comes before the Court on the Report and Recommendation of the Honorable Magistrate Judge Theresa L. Fricke. (Dkt. No. 9.) The Court having considered the Report and Recommendation and the remaining record *de novo*, and no objections having been filed, does hereby find and order as follows:

(1) The Court ADOPTS the Report and Recommendation.

(2) This case is DISMISSED without prejudice for failure to prosecute.

(3) The Clerk shall enter JUDGMENT and close this case.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Theresa L. Fricke.

Dated this 27th day of February, 2025.



David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2